■ In the Matter of CATHERINE RICE, Respondent, v MICHAEL E. MILLS, Appellant. [964 NYS2d 55]—Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered February 21, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner unsupervised visitation with the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ TRG ADVISORS, INC., Formerly Known as P&A FINANCIAL SECURITIES, INC., et al., Appellants, v P&A RETIREMENT PLAN SERVICES, INC., et al., Respondents. (Appeal No. 1.) [963 NYS2d 913]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 9, 2012. The order, insofar as appealed from, denied in part the motion of plaintiffs for a preliminary injunction.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 23, 2013, and filed in the Erie County Clerk's Office on January 29, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ TRG ADVISORS, INC., Formerly Known as P&A FINANCIAL SECURITIES, INC., Appellant-Respondent, et al., Plaintiffs, v P&A RETIREMENT PLAN SERVICES, INC., et al. Appellants. (Appeal No. 2.) [963 NYS2d 914]—Appeal and cross appeal from an order and judgment (one paper) of the Supreme Court, Erie County (John A. Michalek, J.), entered July 18, 2012. The order and judgment granted in part and denied in part the motion of plaintiff TRG Advisors, Inc., formerly known as P&A Financial Securities, Inc., for partial summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 23, 2013, and filed in the Erie County Clerk's Office on January 29, 2013,

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.